| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Richard G. Heston 90738<br>Heston & Heston<br>Attorneys at Law<br>19700 Faircild Road, Suite 280<br>Irvine, CA 92612<br>Tel. 949-222-1041<br>Fax 949-222-1043<br>rheston@hestonlaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION** ▼

| In re:<br><br>Jared Michael Streeter<br><br><br><br><br>Debtor(s). | CASE NO.: 6:21-bk-11641-SC<br>CHAPTER: 7<br><br>**DEBTOR'S MOTION TO CONVERT CASE UNDER 11 U.S.C. §§ 706(a) OR 1112(a)** |
|---|---|

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

1. Debtor hereby moves this court for an Order converting the above chapter _7_ case to a case under chapter _13_ on the grounds set forth below:

2. **Filing Information:**

    a. ☒ A Voluntary Petition under chapter        ☒ 7  ☐ 11  ☐ 12  ☐ 13   was filed on: _03/30/2021_

    b. ☐ An Involuntary Petition under chapter   ☐ 7  ☐ 11   was filed on: _____
       ☐ An Order of Relief under chapter          ☐ 7  ☐ 11   was entered on: _____

    c. ☐ An Order of Conversion to chapter        ☐ 7  ☐ 11  ☐ 12  ☐ 13   was entered on: _____

    d. ☐ Other *(specify)*: _____
       _____
       _____

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 1                    **F 1017-1.1.MOTION.DEBTOR.CONVERT**

3. **Procedural Status**

   a. Name of trustee appointed *(if any)*: Howard B. Grobstein

   b. Name of attorney of record for trustee *(if any)*: Richard G. Heston

4. Debtor alleges that this case has not been previously converted.

5. Debtor alleges that the motion is filed in good faith, and that Debtor is eligible for relief under the chapter for which conversion is requested.

WHEREFORE, Debtor prays that this court issue an Order (the form of which is submitted herewith and has been served) converting this case from one under chapter 7 to a case under chapter 13.

Date: 4-13-21

Respectfully submitted,

Heston & Heston, Attorneys at Law
Printed name of law firm

*[signature]*
Signature

Jared Micheal Stretter
Printed name of Debtor/trustee

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                Page 2                 F 1017-1.1.MOTION.DEBTOR.CONVERT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
19700 Fairchild Road, Suite 280
Irvine, CA 92612

A true and correct copy of the foregoing document entitled: **DEBTOR'S MOTION TO CONVERT CASE UNDER 11 U.S.C. §§ 706(a) OR 1112(a)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* 04/14/2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Howard B Grobstein (TR)    hbgtrustee@gtllp.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On *(date)* 04/14/2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Hon. Scott C. Clarkson
United States Bankruptcy Court
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/14/2021 | Yanira Flores | /s/ Yanira Flores |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                Page 3                    F 1017-1.1.MOTION.DEBTOR.CONVERT

Jared Michael Streeter
2621 Cottage Drive
Corona, CA 92881

Amerifirst Home Improvement
Finance Co.
11171 Mill Valley Road
Seattle, WA 98154

Capital One
PO BOx 60599
City of Industry, CA 91716

Cavalry Spv I LLC
500 Summit Lake Drive
Valhalla, NY 10595

Citi Diamond
PO Box 78045
Phoenix, AZ 85062-8045

Citi Dividend American Express
PO Box 75045
Phoenix, AZ 85062-8045

Hunt & Henriques
151 Bernal Road
Suite 8
San Jose, CA 95119

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Midland Credit Management Inc
320 East Big Beaver
Suite 300
Troy, MI 48083

Portfolio Recovery
120 Corporate Blvd., Suite 100
Norfolk, VA 23502

Portfolio Recovery Associates LLC
PO Box 41067
Norfolk, VA 23541-1067

Quall Cardot LLP
205 E River Park Cir Ste 110
Fresno, CA 93720

Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Schools First FCU
PO Box 11908
Santa Ana, CA 92711

Schools First Federal Credit Union
PO Box 11547
Santa Ana, CA 92711-1547

Schools First Federal Credit Union
PO Box 11547
Santa Ana, CA 92711

Stephanie Streeter
25023 Cinnabar Street
Wildomar, CA 92595

Synchrony Bank
PO Box 960061
Orlando, FL 32896

The Bureaus Inc
650 Dundee Rd, Ste 370
Northbrook, IL 60062

The Dunning Law Firm
4545 Murphy Canyon Road #200
San Diego, CA 92123